IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03151-WJM-KLM

EDWARD ALLEN,

    Plaintiff,

v.

EXECUTIVE DIRECTOR OF CDOC,
WARDEN OF CTCF, and
AMANDA CRANE, Lieutenant,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States District Judge William J. Martínez on June 18, 2024, it is

ORDERED that judgment is entered in accordance with the [54] Order Adopting February 14, 2024 Recommendation of Magistrate Judge and Granting Motion to Dismiss. It is further

ORDERED that this action be terminated. It is further

ORDERED that the parties shall bear their own costs and fees.

This case is closed.

DATED June 18, 2024, at Denver, Colorado.

                                            FOR THE COURT:

                                            Jeffrey P. Colwell, Clerk

                                            By:    s/H.Guerra
                                                       Deputy Clerk